THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERMAN ROTHENBERG, Appellant, *v.* WILLIAM HUNT, as Warden of Attica Prison, Respondent.

(Submitted January 4, 1935; decided January 22, 1935.)

*A. Stanley Copeland* for appellant.

*John J. Bennett, Jr., Attorney-General (Caleb Candee Brown, Jr.,* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.